IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16CR3062 |
| vs. | ORDER |
| JULIO L. RIVERA, | |
| Defendant. | |

Based on the representations of Defendant's counsel, additional time is needed to review this case before deciding whether to proceed to trial or to enter a plea. Defendant agrees that the time between today and a status conference with the court should be excluded under the Speedy Trial Act.

Accordingly,

IT IS ORDERED:

1) The trial of this case is continued pending further order of the court. A new trial date will not be set at this time. Instead, a conference will be held at 9:00 a.m. on July 14, 2016 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Thirty minutes have been set aside for this hearing.

2) The defendant, his counsel, and counsel for the government shall appear at the hearing.

3) The Court further finds that the time between today's date and July 14, 2016 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because despite counsel's due diligence, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7).

June 8, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge