IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:16CR3062 |
| | ) | |
| v. | ) | |
| | ) | |
| JULIO L. RIVERA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

After inquiry by the defendant and a response by the probation officer,

IT IS ORDERED that the Court strongly recommends that the defendant receive credit for time served from November 11, 2015, since those charges are related to the instant offense. The probation officer shall provide the Bureau of Prisons with a copy of this order.

DATED this 10th day of February, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge