IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JULIO L. RIVERA,

Defendant.

**4:16CR3062**

**ORDER**

A hearing was held today. Before the Court is Defendant's to review the conditions of supervised release, (Filing No. 73). The government does not oppose the motion. Probation opposes the motion. Upon careful consideration, the Court finds the motion should be granted.

IT IS ORDERED:

1)    Defendant's motion to review the conditions of supervised release, (Filing No. 73), is granted.

2)    Defendant shall comply with all terms and conditions of supervised release except as follows:

> Defendant shall be released to reside at NOVA TC, Omaha, Nebraska and participate in that facility's treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3)    Defendant shall arrive at NOVA TC, Omaha, Nebraska by 10:00 a.m. on May 4, 2026. Defense counsel will coordinate with U.S. Marshal's regarding transportation once arrangements are made.

Dated this 30th day of April, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge